UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.08-62018-CIV-DIMITROULEAS/Snow

ALDAR TOBACCO GROUP, LLC,
DAVID GIELCHINSKY, and PHOENIX
TOBACCO, INC.,

      Plaintiffs,

  vs.

AMERICAN CIGARETTE COMPANY, INC.
a Florida corporation, and BASIL E. BATTAH,
individually,

      Defendants.

_____/

## ORDER

THIS CAUSE is before the Court on the Plaintiff, Aldar Tobacco Group's Expedited Motion to Strike Peterson's Notice of Charging Lien and Request for Jury Trial. (DE 272) On May 3, 2012, the Court put the parties on an expedited briefing schedule in light of the Plaintiff's request for expedited relief. (DE 275) Pursuant to the schedule set by the Court, Byron G. Peterson, P.A. was to file its response to the Plaintiff's motion on or before May 10, 2012. Byron G. Peterson P.A. has not filed a response to the motion as of the date of this order.

Except in certain circumstances not present here, S.D. Fla. L.R. 7.1(c) requires each party opposing a motion to file an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to file a response required under Local Rule 7.1(c) "may be deemed sufficient cause for granting the motion by default." *Id.* In the instant case, the time period for

responding to the motion has passed and Plaintiff has failed to file a response to the motion as required.  Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff, Aldar Tobacco Group's Motion to Strike Peterson's Notice of Charging Lien and Request for Jury Trial (DE 272) is GRANTED BY DEFAULT, pursuant and in accordance with Local Rule 7.1(c).

DONE AND ORDERED at Fort Lauderdale, Florida, this 11th day of May, 2012.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

All Counsel of Record